Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x 241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | | |
|---|---|---|
| GLENDA MARTINEZ, | ) | Case No.: 2:10-cv-00069-DGC |
| Plaintiff, | ) ) ) | **NOTICE OF SETTLEMENT** |
| vs. | ) ) | |
| NATIONAL ASSET RECOVERY SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, GLENDA MARTINEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: February 1, 2010          KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this foregoing NOTICE OF SETTLEMENT was sent via FIRST CLASS MAIL to:

Michael A. Klutho
BASSFORD REMELE, A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
Attorney for Defendant

Dated: February 1, 2010

Brooke Letterle
Krohn & Moss, Ltd.
120 W. Madison St. 10th Fl.
Chicago, IL 60602
T: (312) 578-9428 F: (866) 289-0898
bletterle@consumerlawcenter.com