1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   GLENDA MARTINEZ

## UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| GLENDA MARTINEZ, | Case No.: 2:10-cv-00069-DGC |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| NATIONAL ASSET RECOVERY SERVICES, INC.   Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, GLENDA MARTINEZ, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 5, 2010                    KROHN & MOSS, LTD.


                                           By:/s/ Ryan Lee

                                           Ryan Lee

                                           Attorneys for Plaintiff,
                                           GLENDA MARTINEZ,

- 1 -

Voluntary Dismissal